U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See Instructions for "Service of Process by the U.S. Marshal"  
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF<br>JACK WILLIAM WOLF | COURT CASE NUMBER |
| DEFENDANT<br>MEDICAL DEPARTMENT/DCC | TYPE OF PROCESS<br>CIV. NO. 04-1385-GMS |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
DCC MEDICAL DEPARTMENT  

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  
AT  DCC 1181 PADDOCK ROAD SMYRNA, DE 19977

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

JACK W. WOLF / SBI# 00093532  
DCC, 1181 PADDOCK ROAD  
SMYRNA, DE 19977

Number of process to be served with this Form - 285: 1  
Number of parties to be served in this case: 5  
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

1. MEDICAL DEPARTMENT
2. WARDEN THOMAS CARROL
3. C/O Carter
4. C/O Pusey
5. LT. Secord

all 5 work at DCC 1181 Paddock Rd, Smyrna, De 19977

Signature of Attorney or other Originator requesting service on behalf of:  
Jack William Wolf  
☒ PLAINTIFF  ☐ DEFENDANT  
TELEPHONE NUMBER    DATE 8-24-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 15 | District to Serve No. 5 | Signature of Authorized USMS Deputy or Clerk: BY | Date 10-11-05

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):  
Lt. MARC RISPOLI

Address (complete only if different than shown above):  
SAME AS Above

FILED NOV - 8 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Date of Service: 11/4/05    Time: 3:20 pm  
Signature of U.S. Marshal or Deputy: CDUSM

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |

REMARKS:

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)