IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACK WILLIAM WOLF, | : |
| | : C.A. No. 04-1385-GMS |
| Plaintiff, | : |
| | : JURY TRIAL DEMANDED |
| v. | : |
| | : |
| THOMAS CARROLL, DCC | : |
| MEDICAL DEPARTMENT, C/O PUSEY, | : |
| C/O CARTER and LT. SEACORD, | : |
| Defendants. | : |

## LIMITED ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

PLEASE ENTER THE APPEARANCE of Kevin J. Connors, Esquire, Marshall, Dennehey, Warner Coleman & Goggin, on behalf of the Defendant, DCC Medical Department (properly known as "Correctional Medical Services, Inc.") This Limited Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon the Defendant, DCC Medical Department (properly known as "Correctional Medical Services, Inc."). Defendant, DCC Medical Department (properly known as "Correctional Medical Services, Inc."), specifically reserves all rights to raise jurisdictional, service, or statute of limitations defects which may be available.

> MARSHALL, DENNEHEY, WARNER,
> COLEMAN AND GOGGIN
>
> BY: _____
> **KEVIN J. CONNORS, ESQUIRE, DE I.D. No. 2135**
> **LORENZA A. WOLHAR, DE I.D. No. 3971**
> **1220 N. Market Street, 5th Floor**
> **P.O. Box 130**
> **Wilmington, DE  19899-0130**
> **(302) 552-4302**
> **Attorneys for Defendant,**
> **DCC Medical Department (properly known as "Correctional Medical Services, Inc.")**

DATED: December 30, 2005