## CERTIFICATION OF SERVICE

I hereby certify that I have served upon all persons listed below a true and correct copy of

the LIMITED ENTRY OF APPEARANCE in the above-captioned matter this date by e-filing

and regular mail.

Jack William Wolf
# 93532
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Ophelia Michelle Waters
Department of Justice
820 North French Street
Carvel Office Building
Wlmington, DE 19801

**MARSHALL, DENNEHEY, WARNER,
COLEMAN AND GOGGIN**


**BY:    /s/ KevinConnors                          **
**KEVIN J. CONNORS, ESQUIRE, DE I.D. No. 2135**
**LORENZA A. WOLHAR, DE I.D. No. 3971**
**1220 N. Market Street, 5th Floor**
**P.O. Box 8888**
**Wilmington, DE  19899-8888**
**(302) 552-4302**
**Attorneys for Defendant,**
**DCC  Medical Department (properly known as
"Correctional Medical Services, Inc.")**

DATED: December 30, 2005
\l5_A\LIAB\LAWOLHAR\LLPG\325880\LAWOLHAR\13252\15000