DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 12/16/2005

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : WOLF, JACK W | **SBI#** : 00093532 | **Institution** : DCC |
| **Grievance #** : 7001 | **Grievance Date** : 09/13/2004 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Resol. Date** : 05/13/2005 |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 07/01/2004 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg C, Tier C, Cell L5, Bottom | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** I have an injured left hand and arm from being hit with a basketball. nothing has been done, just an x-ray was taken. I have an injured back for over a month I've been in pain. Nothing has been done. They told me that they were going to take an x-ray between 8/28/04 and 8/30/04. They have lied and have not taken an x-ray. I've been in pain for 2 months with my arm and back.

**Remedy Requested** : If the institution gives inmate casket balss to throw at other inmates who are not playing then the institution is liable for injuries. I hurt my back on a ladder that was put on a bunk bed upside down. the institution is liable for that also.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance** : YES | **Date Received by Medical Unit** : 09/22/2004 |
| **Investigation Sent** : 09/22/2004 | **Investigation Sent To** : Hastings, Terry L |
| **Grievance Amount** : | |

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 12/16/2005

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name:** WOLF, JACK W | **SBI#** : 00093532 | **Institution** : DCC |
| **Grievance #** : 7001 | **Grievance Date** : 09/13/2004 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status:** Level 3 | **Inmate Status** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 07/01/2004 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location:** Bldg C, Tier C, Cell L5, Bottom | |

### INFORMAL RESOLUTION

**Investigator Name** : Hastings, Terry L        **Date of Report** 09/22/2004

**Investigation Report** : See Dr. Rogers wk of 11/15/04.
x-rays of left hand and shoulder completed on 8/19/04.
showed no evidence of fracture, dislocation or abnormality.
Refused to sign

**Reason for Referring:**

Offender's Signature: _____

Date             : _____

Witness (Officer)  : _____

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 12/16/2005

# GRIEVANCE INFORMATION - IGC

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : WOLF, JACK W | SBI# : 00093532 | Institution : DCC |
| Grievance # : 7001 | Grievance Date : 09/13/2004 | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 07/01/2004 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg C, Tier C, Cell L5, Bottom | |

### IGC

**Medical Provider:**                              **Date Assigned**

**Comments:**

☑ Forward to MGC              ☐ Warden Notified

☐ Forward to RGC              Date Forwarded to RGC/MGC : 12/20/2004

☐ Offender Signature Captured   Date Offender Signed    :

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 12/16/2005

# GRIEVANCE INFORMATION - Appeal

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : WOLF, JACK W | **SBI#** : 00093532 | **Institution** : DCC |
| **Grievance #** : 7001 | **Grievance Date** : 09/13/2004 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Inmate Status** : |
| **Grievance Type**: Health Issue (Medical) | **Incident Date** : 07/01/2004 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg C, Tier C, Cell L5, Bottom | |

## APPEAL REQUEST

No appeal returned.
Appeal arrived 02/23/05
Myleft hand was hit with a basketball. My finger and arm was injured. Thay did x-ray and said nothing is broken. My finger and shoulder still hurt, something is wrong with my arm and hand. I injured my back 3 times from falling off top bunks. In the past 2 years all that was done was 1 x-ray. Th4e x-ray said that my back looked abnormal, there is still something wrong with my lower back I'm still in pain every day with my arm and back. I also have a tumor that keeps getting larger. I did not have this tumer or these injuries whan I ws brought in this prison. This tumer is caused by low grade food anf this bad tasting water. I'm 55 years old and I can not get enough calcium for my bones.

## REMEDY REQUEST

DCC Delaware Correctional Center  
Smyrna Landing Road  
SMYRNA DE, 19977  
Phone No. 302-653-9261

Date: 12/16/2005

## GRIEVANCE INFORMATION - BGO

| OFFENDER GRIEVANCE INFORMATION |||
|---|---|---|
| **Offender Name**: WOLF, JACK W | **SBI#** : 00093532 | **Institution** : DCC |
| **Grievance #** : 7001 | **Grievance Date** : 09/13/2004 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Inmate Status** : |
| **Grievance Type**: Health Issue (Medical) | **Incident Date** : 07/01/2004 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg C, Tier C, Cell L5, Bottom ||

**REFERRED TO**

**Due Date** :          **Referred to:**          **Name:**

**Type of Information Requested** :

**DECISION**

**Date Received** : 02/22/2005

**Decision Date** : 03/17/2005          **Vote** : Deny

**Comments** :

I recommend that FCM meet again with the Grievant to discuss his injuries, x-rays, and treatment plan. The grievant should utilize the sick call procedure to notify FCM of any changes in his condition or lack of progress.

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 12/16/2005

## GRIEVANCE INFORMATION - Bureau Chief

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name** : WOLF, JACK W | **SBI#** : 00093532 | **Institution** : DCC |
| **Grievance #** : 7001 | **Grievance Date** : 09/13/2004 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Inmate Status** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 07/01/2004 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg C, Tier C, Cell L5, Bottom | |

### DECISION

**Decision Date:** 05/10/2005          **Vote :** Deny

**Comments** :
I concur with the recommendation and logic of the BGO.

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 12/16/2005

## GRIEVANCE INFORMATION - MGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : WOLF, JACK W | SBI# : 00093532 | Institution : DCC |
| Grievance # : 7001 | Grievance Date : 09/13/2004 | Category : Individual |
| Status : Resolved | Resolution Status: Level 3 | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 07/01/2004 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg C, Tier C, Cell L5, Bottom | |

### MGC

Date Received : 12/20/2004      Date of Recommendation: 02/18/2005

#### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Staff | | Munson, Amy | Deny |
| Staff | | Lyons, April | Deny |
| Staff | | Rickards, Suesann | Deny |
| Staff | | Merson, Lise M | Abstain |

#### VOTE COUNT

Uphold : 0      Deny : 3      Abstain : 1

#### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| | | | |

#### RECOMMENDATION

Hearing held 2/15/05. After review of the x-rays this panel agrees with the decision of the level one hearing. X-rays are normal. There are no other issues that need to be addressed at this time.
Appeal provided.