# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|---|---|---|---|
| 7-28-04 | 1530 | Nsg | I/M seen per CO Rob Young. A&Ox3. Answers questions in a lengthy manner. I/M amb to med room s̄ any assist. Able to move all extremities freely & independantly. States he has a hx of joint problems. Suggested F/U c̄ MD. ⊘ back pain & fever. Temp - 97.7 ax & med c̄ Motrin 600mg PO. Superficial abrasion noted to nose. I/M tearful during eval. ⊘ further complaints voiced. ——— J. McKenzie LPN |
| 8.20.04 | | | X-ray Lt. Shoulder 2 views Lt. Hand 2 views nob note. I/m stated several times about his lower back hurting, & kept asking me if I was going to X-ray it. |

NAME—Last: Wolf, Jack
Record No. 093532

FCM-002

INTERDISCIPLINARY PROGRESS NOTES
☐ Continued on Reverse



# Mid-Delaware Imaging

Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

*Shu-19*
*Bldg*

**NAME:** JACK WOLF          **DOB:** 5/25/49          **DOS:** 8/19/04

**DATE SUBMITTED:** 8/23/04          **SBI#** 093532

**CLINICAL INFORMATION:** EVAL. FOR FRACTURE AT BASE OF 4TH FINGER.

**LEFT HAND:**

Two views of the left hand are obtained. There is no evidence of fracture, dislocation or other significant bony abnormality.

**IMPRESSION:** No evidence of fracture.

**LEFT SHOULDER:**

Two views of the left shoulder are obtained. There is no evidence of fracture, dislocation or destructive lesion. Degenerative changes present at the acromioclavicular joint. Metallic foreign bodies having the appearance of bullet fragments are superimposed on the left chest.

IMPRESSION: Degenerative change at the AC joint.
No evidence of fracture.

*8/31/04*

SE/par                    STEVE EBNER, M.D.

710 South Queen Street
Dover, Delaware 19904
302-734-9888