| Disciplinary# | | | | | |
|---|---|---|---|---|---|
| 1011519 | | DCC Delaware Correctional Center | | | Date: 12/28/2005 |

Smyrna Landing Road
**SMYRNA DE, 19977**
Phone No. 302-653-9261

# DISCIPLINARY REPORT

| Disciplinary Type: Class1 | Housing Unit: Bldg C | IR#: 1014148 | | |
|---|---|---|---|---|
| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
| 00093532 | Wolf, Jack W | DCC | Bldg.22 Observation Room | 07/28/2004 | 13:10 |

Violations: 1.06/200.203 Disorderly or Threatening Behavior, 2.06/200.108 Failing to Obey an Order

Witnesses: 1. Raney, Roger    2. Carter, Ramon    3. N/A

### Description of Alleged Violation(s)

Lt Seacord, Thos Was Called To Mhu Blg22 Due To Fact That Inmate Wolf, Jack Had Refused To Lock In From Chow. Upon Entering Blg22 I Found That Inmate Wolf Was In The Observation Rooom. I Entered The Room And Inmate Wolf Started To Yell Fuck You I Have A Broken Back. I Then Tryed To Ask Him What The Problem Was And He Kept Yelling And Stated "Take These Cuffs Off My Fucking Back Is Broke. At This Point He Jumped Up And Lunged Towards Me In An Aggressive Manner Yelling" Fuck You Bitches"

Reporting Officer: Seacord, Thomas J (Staff Lt./Lt)

### Immediate Action Taken

Immediate action taken by: Seacord, Thomas J - Staff Lt/Lt

Inmate Was Placed In Pre-Hearing Detention Per Capt Mccreanor And On Call Mr Joe Hudson

### Offender Disposition Details

Disposition: N/A    Date: N/A    Time: N/A    Cell secured? No
Reason: N/A
Disposition Of Evidence: N/A

### Approval Information

Approved: ☐    Disapproved: ☐    Approved By: _ ()
Comments: N/A

### Shift Supervisor Details

Date Received: _____    Time: _____    Received From: _____

Shift Supervisor Determination:

[ ]  Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[ ]  Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing

_____, ()

I have received a copy of this notice on DATE:_____ TIME:_____ and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

Preliminary Hearing
Officer: _____    Offender: _____
                                          Wolf, Jack W

Page 1 of 1