

## STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

**CARL C. DANBERG**
Attorney General

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

April 17, 2006

**PLEASE REPLY TO:**

The Honorable Gregory M. Sleet
United States District Court
For the District of Delaware
844 North King Street, Room 4209
Lock Box 19
Wilmington, DE  19801

    RE:    Wolf v. Carroll, et al.
             Case No.:  04-cv-01385-GMS

Dear Judge Sleet:

    Pursuant to D. Del. L.R. 7.1.3 (c) (2), State Defendants respectfully waive filing a Reply Brief to Plaintiff's Answering Brief regarding the pending Motion to Dismiss/ Summary Judgment. Mr. Wolf filed D.I. No. 24 on April 10, 2006 as an Answering Brief. A Reply Brief is due on even date. However, after careful review of the documents, it appears plaintiff has not raised any new or additional issues by this filing, and therefore, counsel will rely on reasons stated in the Defendants' Opening Brief and the present record to support Defendants Motion to Dismiss/Summary Judgment

    Thank you.

                                      Respectfully submitted,

                                      /s/ Ophelia M. Waters

                                      Ophelia M. Waters (ID #3879)
                                      Deputy Attorney General

cc:    Jack Wolf – Inmate
        SBI No.:  00093532