# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACK WILLIAM WOLF, | : |
| | : C.A. No. 04-1385-GMS |
| Plaintiff, | : |
| | : JURY TRIAL DEMANDED |
| v. | : |
| | : |
| THOMAS CARROLL, DCC | : |
| MEDICAL DEPARTMENT, C/O PUSEY, | : |
| C/O CARTER and LT. SEACORD, | : |
| | : |
| Defendants. | : |

## ORDER

And now, _____ day of _____, 2006, upon consideration of the Motion of Defendant, Correctional Medical Services, Inc., to Dismiss Plaintiff's Complaint, and Plaintiff's Response thereto, it is hereby Ordered that the Motion is Granted and judgment is entered in favor of defendant, Correctional Medical Services, Inc., and against plaintiff.

So Ordered

_____
Judge