IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACK WILLIAM WOLF, | : |
| | : C.A. No. 04-1385-GMS |
| Plaintiff, | : |
| | : JURY TRIAL DEMANDED |
| v. | : |
| | : |
| THOMAS CARROLL, DCC | : |
| MEDICAL DEPARTMENT, C/O PUSEY, | : |
| C/O CARTER and LT. SEACORD, | : |
| | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, Kevin J. Connors, certify that on May 3, 2006, I electronically filed MOTION OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC., TO DISMISS PLAINTIFF'S COMPLAINT with the Clerk of Court using CM/ECF which will send notification of such to the following: Ophelia Waters, Esquire. I hereby certify that on May 3, 2006, I have mailed by United States Postal Service, the document to the following non-registered participant Jack Wolf.

    MARSHALL, DENNEHEY, WARNER,
    COLEMAN & GOGGIN

    BY: */s/ Kevin J. Connors*
    Kevin J. Connors, Esquire #2135
    1220 North Market Street, 5th Fl.
    P.O. Box 8888
    Wilmington, DE 19899-8888
    Attorney for Defendant

DATED: May 3, 2006