IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACK WILLIAM WOLF, : | |
| : | C.A. No. 04-1385-GMS |
| Plaintiff, : | |
| : | JURY TRIAL DEMANDED |
| v. : | |
| : | |
| THOMAS CARROLL, DCC : | |
| MEDICAL DEPARTMENT, C/O PUSEY, : | |
| C/O CARTER and LT. SEACORD, : | |
| : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I, Kevin J. Connors, certify that on May 3, 2006, I electronically filed MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE MOTION OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC., TO DISMISS PLAINTIFF'S COMPLAINT with the Clerk of Court using CM/ECF which will send notification of such to the following: Ophelia Waters, Esquire. I hereby certify that on May 3, 2006, I have mailed by United States Postal Service, the document to the following non-registered participant: Jack Wolf.

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY: _/s/ Kevin J. Connors_
Kevin J. Connors, Esquire #2135
1220 North Market Street, 5th Fl.
P.O. Box 8888
Wilmington, DE 19899-8888
Attorney for Defendant

DATED: May 3, 2006