IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |  | |
|---|---|---|---|
| Jack Wolf, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | C. A. No. 04-1385-GMS | |
| | ) | | |
| Thomas Carroll, DCC Medical Dept., C/O Pusey, | ) | | |
| C/O Carter, and Lt. Seacord, | ) | | |
| | ) | | |
| Defendants. | ) | | |

**MOTION TO COMPEL IMMEDIATE PAYMENT OF FULL FILING FEES
AND FOR RELATED RELIEF**

Defendants move the Court, pursuant to 28 U.S.C. §1915(g), to vacate its November 22, 2004 Order granting the plaintiff leave to proceed *in forma pauperis* (D.I. 4) and to compel the plaintiff to immediately pay the full fees normally due upon commencing a case in this Court. Defendants submit that good cause exists for the relief requested as set forth in the accompanying memorandum.

August 7, 2007

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

   /s/ Ophelia M. Waters
Ophelia M. Waters, Bar I.D. No3879
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400
Counsel for Defendants Pusey,
Carter and Seacord

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Jack Wolf, | ) |
|        Plaintiff, | ) |
| v. | )    C. A. No. 04-1385-GMS |
| Thomas Carroll, DCC Medical Dept., C/O Pusey, C/O Carter, and Lt. Seacord, | ) |
|        Defendants. | ) |

## **O R D E R**

**WHEREAS**, Defendants Carter, Pusey and Seacord have filed an appropriate motion to vacate *In Forma Pauperis* Order and compel the immediate payment of filing fees pursuant to 28 U.S.C § 1915 (g), and have asserted that plaintiff does not meet the "imminent danger" exception as required; and,

**WHEREAS**, the Court has considered the foregoing motion to compel immediate payment of filing fees and any response thereto;

**IT IS SO ORDERED** this _____ day of _____, 2006 that Defendants' Motion to Compel Immediate Payment of Fees is hereby **GRANTED** as *in forma pauperis* is revoked, and the payment of all fees is a precondition to litigation.

 

                                                                                               United States District Judge

## *CERTIFICATE OF MAILING AND/OR DELIVERY*

The undersigned certifies that on August 7, 2006, she caused the attached *Defendants' Motion to Compel Payment of Filing Fees/Vacate IFP Order and Memorandum in Support of the Motion* to be delivered to the following person(s) in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Inmate Jack W. Wolf
S.B.I. No. 00093532
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

**MANNER OF DELIVERY:**

\_\_\_\_  One true copy by facsimile transmission to each recipient

  X   Two true copies by first class mail, postage prepaid, to each recipient.

\_\_\_\_  Two true copies by Federal Express

\_\_\_\_  Two true copies by hand delivery to each recipient.

/s/ Ophelia M. Waters_____
Ophelia M. Waters, ID# 3879
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendants Carte, Pusey and Seacord