IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACK WILLIAM WOLF, *Pro Se*, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-1385 (GMS) |
| | ) |
| THOMAS CARROLL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

WHEREAS on August 7, 2006, the defendants filed a motion to compel immediate payment of full filing fees and for related relief (D.I. 29);

WHEREAS the plaintiff has not yet responded to those motions; and

WHEREAS, if the plaintiff fails to respond within ten (10) days of the date of this Order, the court will decide the motions on the papers already submitted.

IT IS HEREBY ORDERED THAT:

The plaintiff shall file a response to the defendants' motion within ten (10) days of the date of this Order.


Dated: January 23, 2007             /s/ Gregory M. Sleet
                                     UNITED STATES DISTRICT JUDGE