Judge Gregory M. Sleet

This is my response to this motion. First, I was the victum of an asult. Lt. Seacord, C/O Pusy, and C/O Carter asulted me. Causeing me pain and suffering. I filed the 1983 motion for Justic. Lt. Seacord, C/O Pusy and C/O Carter should be arested for asult. I'm sueing them for the pain and suffering that they inflected upon me. I'm asking for $1,000,000.00 (1 million) Dollars for pain and suffering that they caused me. I was half crippled for over 7 years. By Back is still hurting all the time. If you'r asking me to pay the fileing fee, take it out of the $1 million thay owe me. I should not have to pay any fileing fee, I was granted to file in forma of pauperis. My level 5 time is completed today 1-26-2007. I have 6 months work release to do. Durning this 6 months work release I'm going to hire a lawyer to represent me on this 1983 that I file. I will contact you on my forwarding address. Thank You Verry Much.   Jack W. Wolf

IM Jack W. Wolf
SBI# 00093532 UNIT C-A-L-6
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

SOUTH JERSEY NJ 080
27 JAN 2007 PM 4 T

Judge Gregory M Sleet
United States District Court
844 N. King Street Lockbox 19
Wilmington, DE, 19801-3570