Judge Gregory M. Sleet

Dear Sir, could ask Ophelia M. Waters I.D. #3879 Deputy Attorney General, to stop sending me page after page of lie's that Lt. Seacord and C/O Pusey made "up". She has no proff of these statements that she is typing up, and knows nothing about what happened the day LT. Seacord and C/O Pusey and C/O Carter Slamed me on top of a laundry Cart, slaped me in my head, slamed me on the ground 4 times, and put me in the hole for 19 days, because I could not walk or stand up. I'm asking to have my wittnesses to apear before you to testifie, what these gourds did to me. Rose, and Donald Mittin are in D-building in Smyrna. I also have 10 other wittnesses to this attack, they were also on the pod and saw the guards attack me, I was sitting on the floor by the door of the pod, and could not stand up or walk.       SBI (over)
Thank You Verry Much  Jack W. Wolf #00093535

The other Wittnesses are scarted around the Prison, 1 wittness has went home Deon Brown

Thank You again
Jack Wolf

P.S. I have not recived the proper medical treatment for my back yet. I still have back pain day by day. I have to take I.B. Profin every day or every other day. I also have a tumer the size of a golf ball caused by the food and water since I have been here in Smyrna. Thay will not give me any treatment, I also have something wrong with my heart. I get heart pains every other day. I have put in sick call passes and the prison has done nothing to help me. My life is in danger here, I'm asking to be released for medical reasons. I don't know if I can make it 66 more days in here thay have the heat on and no outside air. Thay make us keep Hot shirts and Pants on. I'm about to have a stroke all day long thay wast us in here