Clerk of the Court

My name is Jack William Wolf. Civil Action No. 04-1385 GMS. I'm informing the Court of a Change of address. My new address is 932 Howell School Road Bear, De. 19701. I'm asking the court to send me a letter back to this address concerning this notification. I need a letter sent to me by the court for proof of address. I was released from prison without any proof of address. Could you please send me a letter for proof of address. Thank you.

Jack W. Wolf



Jack William Wolf
932 Howell School Road
Bear, De. 19701

Clerk of the Court
United States District Court
844 N. King Street, Lock Box 19
Wilmington, Delaware 19801