IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACK WILLIAM WOLF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-1385 GMS |
| ) | |
| CORRECTIONAL OFFICER CARTER, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

WHEREAS, on November 21, 2007, the defendants filed a Motion for Summary Judgment (D.I. 39);

WHEREAS, pursuant to District of Delaware Local Rule 7.1.2(b) (2007), an Answering Brief to the motion was due on December 10, 2007;

WHEREAS, as of the date of this Order, the plaintiff has not filed an Answering Brief.

IT IS HEREBY ORDERED that:

1. The plaintiff shall file an Answering Brief to the pending Motion for Summary Judgment within ten (10) days of the date of this Order; and

2. Should the plaintiff fail to comply with this Order, the court will decide the Motion for Summary Judgment on the present record.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

January 22, 2008

FILED
JAN 23 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE